**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| TRUSTEES OF BOSTON UNIVERSITY, | ) | Civil Action No. 13-cv-11831-PBS |
| *Plaintiff,* | ) | |
| vs. | ) | |
| | ) | |
| LG INNOTEK CO., LTD., | ) | |
| LG ELECTRONICS, INC., | ) | |
| And LG ELECTRONICS USA, INC. | ) | |
| *Defendants,* | ) | |
| | ) | |

## JOINT MOTION TO DISMISS

Plaintiff Trustees of Boston University ("Plaintiff") and Defendants LG Innotek Co., Ltd., LG Electronics, Inc., and LG Electronics USA, Inc., (collectively "Defendants") have settled Plaintiff's claims for relief against Defendants asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to Dismiss Plaintiff's claims for relief against Defendants, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: January 8, 2014                               Respectfully submitted,

                                                         TRUSTEES OF BOSTON UNIVERSITY

*/s/ Michael W. Shore*
Erik Paul Belt, BBO #558620
EBelt@mccarter.com
Kelly A. Gabos, BBO #666219
kgabos@mccarter.com
McCarter & English, LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6506
Facsimile:  (617) 607-6035

Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso Garcia Chan (Texas 24012408)
achan@shorechan.com
Russell J. DePalma (Texas 00795318)
rdepalma@shorechan.com
Andrew M. Howard (Texas 24059973)
ahoward@shorechan.com
Christopher L. Evans (Texas 24058901)
cevans@shorechan.com
SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

LG INNOTEK CO., LTD, LG ELECTRONICS, INC.,
AND LG ELECTRONICS USA, INC.

*/s/ David A. Barry*
David A. Barry, BBO No. 031529
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030
barry@srbc.com

OF COUNSEL:
Lora A. Brzezynski
McKenna Long and Aldridge LLP
1900 K Street, N.W.
Washington DC 20006
Telephone: (202) 496-7500
Fax: (202) 496-7756
E-mail: lbrzezynski@mckennalong.com

Renzo N. Rocchegiani
McKenna Long and Aldridge LLP
4435 Eastgate Mall, Suite 400
San Diego, California 92121
Telephone: (619) 595-5400
Fax: (619) 595-5450
Email: rrocchegiani@mckennalong.com